UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAMONT JOHNSON,

                      Plaintiff,                    23-CV-10674 (SN)

      -against-                                 **ORDER**

EAST SIDE AUTO TRANSPORT LLC, et al.,

                      Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the close of fact discovery on January 31, 2025, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Because the parties have consented to my jurisdiction, if the parties would like to be referred to another Magistrate Judge for the purposes of settlement, they are directed to file a joint letter no later than February 10, 2025.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     February 3, 2025
              New York, New York