```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LAMONT JOHNSON,

                        Plaintiff,                       23-CV-10674 (SN)

      -against-                                 **ORDER**

EAST SIDE AUTO TRANSPORT LLC, et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On April 18, 2025, the parties appeared before me and reached a settlement in principle. Accordingly, it is ORDERED that this action is dismissed with prejudice, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 21, 2025
               New York, New York